UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:94-HC-392-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| STANLEY A. SLUPKOWSKI | ) | |
| | ) | |

This matter is before the court on respondent's *pro se* "motion for the twelfth request to be transferred from" FMC Rochester "back to the Mid-Atlantic Area[,]" filed 5 May 2010. After careful consideration, the motion is DENIED.

This 27 May 2010.

                                             _____
                                             W. Earl Britt
                                             Senior U.S. District Judge

usa/sas/tec